UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CERTAINTEED GYPSUM MANUFACTURING, INC., a Nevada corporation, <br><br> Defendant. | Case No. 2:21-cv-00994-BJR <br><br> **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME** |

Plaintiff Northwest Administrators, Inc. ("Plaintiff") and Defendant Certainteed Gypsum Manufacturing, Inc. ("Certainteed") have filed their Stipulated Motion to Extend Time for an extension of time, up through and including August 13, 2021, to allow Certainteed to answer, present defenses, or otherwise respond to Plaintiff's Complaint to Collect Damages, Interest, and Attorneys' Fees and Costs Under Section 301 of the Labor Management Relations Act (the "Complaint").

IT IS HEREBY ORDERED that Certainteed is allowed an additional fourteen (14) days, to and including August 13, 2021, as the deadline for Certainteed to answer, present defenses, or otherwise respond to Plaintiff's Complaint.

DATED: August 4, 2021.

_____
JUDGE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE