THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CERTAINTEED GYPSUM MANUFACTURING, INC., a Nevada corporation, <br><br> Defendant. | NO.   C21-00994-BJR <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Russell S. Buhite of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for Defendant, Certainteed Gypsum Manufacturing, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

//

//

//

DATED this _25th_ day of August, 2021.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, BALLEW, L.L.P. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |

1

| | |
|---|---|
| *s/Russell J. Reid* | *s/Russell S. Buhite* |
| Russell J. Reid, WSBA #2560 | Russell S. Buhite, WSBA #41257 |
| 100 West Harrison Street, N. Tower, #300 | 1201 Third Avenue, Suite 5150 |
| Seattle WA 98119 | Seattle WA 98101 |
| Telephone: (206) 285-0464 | Telephone: (206) 393-7502 |
| Fax: (206) 285-8925 | Fax: (206) 693-7058 |
| Email: rjr@rmbllaw.com | Email: Russell.buhite@ogletree.com |
| Attorney for Plaintiff | Attorney for Defendant |

## I.   ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 27th day of August, 2021.

*[signature: Barbara J. Rothstein]*

HON. BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

//

//

//